427 A.2d 1231

In re Roy P.

Appeal of Louis C. and Dora C.

* Judge Donald E. Wieand is sitting by special designation.

Argued November 13, 1979. John O. Gunn, for appellants; Joseph A. Jaffe, for Roy P., appellee; James Culp, for Children and Youth Services, participating party.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.